Rudolph Zajic, Appellant, *v.* Joseph Zajic, Respondent.

Submitted March 6, 1942; decided April 23, 1942.

*Samuel J. Siegel* and *Robert A. Pabian* for appellant.

*Albert W. Sibek* for responent.

Judgment affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis and Desmond, JJ. Taking no part: Conway, J.